654

158 A.3d 74

COMMONWEALTH of Pennsylvania, Respondent

v.

Ramsey WOOD, Petitioner

No. 202 WAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

158 A.3d 75

IN the INTEREST OF S.S., A Minor

Petition of: S.S.

No. 192 WAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.